TODD G. LEZON, State Bar No. 283141
tlezon@walsworthlaw.com
WALSWORTH LLP
515 S. Flower Street, 18th Floor
Los Angeles, California 90071-2201
Telephone:   (213) 489-4820
Facsimile:   (213) 489-4015

Attorneys for Defendants,
JODY LEN PETTY and MATA'S
PRODUCE, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LOPEZ,<br><br>Plaintiff,<br><br>vs.<br><br>JODY LEN PETTY; JOSE MATA dba MATA'S PRODUCE; MATA'S PRODUCE, INC.; and DOES 1 to 20, Inclusive,<br><br>Defendants. | CASE NO.<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b)**<br><br>State Court Docket:<br>California Superior Court<br>County of Riverside<br>Case No.: CVRI2602390<br>Filing Date: April 21, 2026 |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that Defendant, JODY LEN PETTY hereby removes to this Court the state court action described below.

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant, JODY LEN PETTY, (hereinafter "Defendant") by and through his attorneys, hereby submits this Notice of Removal from the Superior Court of California, County of Riverside, in which the above-captioned matter is now pending, to the United States District Court for the Central District of California. In support of said Notice, Defendant states as follows:

///

///

65293199.1
6506-38355

-1-
NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b)

WALSWORTH
515 S. FLOWER STREET, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90071-2201
TEL (213) 489-4820 • FAX (213) 489-4015

### Nature of Action

1.    This is a negligence action arising out of a motor vehicle accident that occurred on April 23, 2024 in the City of Corona, County of Riverside, State of California (the "Incident"). As a result of the Incident, Plaintiff, DANIEL LOPEZ (hereinafter "Plaintiff") alleges that he sustained injuries including wage loss, loss of use of property, hospital and medical expenses, general damage, property damage, loss of earning capacity, future loss of earnings, and future medical expenses.

2.    Plaintiff further alleges that he sustained these alleged injuries as a direct and proximate result of Defendant's negligence.

3.    Plaintiff commenced this action on April 21, 2026, by filing a civil Complaint in the Superior Court of California, County of Riverside, bearing Docket No. CVRI2602390, and captioned as above.

4.    Pursuant to 28 U.S.C. § 1446(a) copies of all process, pleadings and orders served upon Defendant is attached hereto as **Exhibit "A"**.

### Timeliness of Removal

5.    Defendant first received notice of this action by receipt of a copy of the Summons and Complaint on May 12, 2026, when his counsel of record, Todd G. Lezon, Esq., accepted service of the Summons and Complaint on behalf of Defendant. This was Defendant's first notice of the within action.

6.    This Notice of Removal is being filed within thirty (30) days after receipt of the original Complaint by all Defendant, and is therefore timely pursuant to 28 U.S.C. § 1446(b).

### Amount in Controversy

7.    Plaintiff's Complaint alleges that Plaintiff suffered, and will continue to suffer, bodily injuries as a result of the incident. Plaintiff is seeking to recover special damages for hospital and medical expenses, property loss, loss of use of property, loss of earnings, and loss of earnings capacity. Plaintiff is also seeking general damages for pain and suffering and emotional distress.

WALSWORTH
515 S. FLOWER STREET, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90071-2201
TEL (213) 489-4820 • FAX (213) 489-4015

8. Based upon the above, it is respectfully submitted that the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

## Diversity of Citizenship

9. Defendant is informed and believes that Plaintiff is a citizen of State of California and is domiciled in the State of California.

10. Defendant is a natural person and citizen of the State of Texas, and he is domiciled in the State of Texas.

11. Defendant, MATA'S PRODUCE, INC. is a corporation incorporated under the laws of the State of Texas. Defendant, MATA'S PRODUCE, INC.'S principal place of business is located in the State of Texas.

12. Defendant, JOSE MATA dba MATA'S PRODUCE is a natural person and citizen of the State of Texas, and he is domiciled in the State of Texas. However, Defendant, JOSE MATA dba MATA'S PRODUCE was dismissed from the action pending in the Riverside County Superior Court before the filing of this Notice of Removal. A conformed copy of the Request for Dismissal is attached hereto as **Exhibit "B"**.

13. Pursuant to 28 U.S.C. § 1332(c)(1), full diversity exists among all named parties in this action.

14. Pursuant to 28 U.S.C. § 1446(b)(2)(A), all defendants who have been properly joined and served have consented to the removal of the action.

## Plea for Removal

15. Insofar as the amount in controversy is alleged to exceed $75,000.00 and full diversity exists between the parties, removal is proper pursuant to 28 U.S.C. § 1332(a) and 28 U.S.C. § 1441(a). Contemporaneously herewith, written notice is given to all parties and to the Clerk of the Superior Court of California, County of Riverside, that this Notice of Removal is being filed with this Court.

/ / /

/ / /

WHEREFORE, Defendant files this Notice of Removal so that the entire state court action under Docket No. CVRI2602390, now pending in the Superior Court of California, County of Riverside, shall be removed to this Court for all further proceedings.

Dated:  June 11, 2026                    WALSWORTH LLP


By: _____

TODD G. LEZON
Attorneys for Defendants
JODY LEN PETTY and MATA'S
PRODUCE, INC.

WALSWORTH
515 S. FLOWER STREET, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90071-2201
TEL (213) 489-4820 • FAX (213) 489-4015

65293199.1
6506-38355

-4-

## PROOF OF SERVICE

**Daniel Lopez v. Jody Lyn Petty, et al.**
**Case No. CVRI2602390**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Orange, State of .  My business address is 19900 MacArthur Blvd., Suite 1150, Irvine, CA 92612-2445.

On June 11, 2026, I served true copies of the following document(s) described as **NOTICE OF REMOVAL OF ACTION UNDER  28 U.S.C. § 1441(b)** on the interested parties in this action as follows:

| | |
|---|---|
| Shaun J. Bauman, Esq.<br>BAUMAN LAW APLC<br>24003A Ventura Blvd., 2nd Floor<br>Calabasas, CA 91302<br>Tel: 818-185-0222<br>Fax: 818-285-0224<br>info@bauman.law | Attorneys for Plaintiff<br>DANIEL LOPEZ |

**BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I electronically served a copy of the documents described above from the email address bthomas@walsworthlaw.com to the persons at the e-mail addresses listed above.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 11, 2026, at Los Angeles, California.

_____
Barbara Thomas

WALSWORTH
515 S. FLOWER STREET, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90071-2201
TEL (213) 489-4820 • FAX (213) 489-4015

65293199.1
6506-38355